UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

PATRICIA S. MILLER,

    Defendant.

Case No. 14 mj 37090 JCB

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, and order that no person shall disclose any of this material except as necessary for the issuance and execution of an arrest warrant or to provide the paperwork to any counsel for the defendant following her arrest. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter.

*Respectfully submitted,*

CARMEN M. ORTIZ
United States Attorney

By: /s/ Ryan M. DiSantis
RYAN M. DISANTIS
Assistant U.S. Attorney

Date: May 29, 2014

May 29, 2014. allowed. /s/ J.C.B., USMJ